No. 557. KERNAN, ADMINISTRATOR, ET AL. *v.* AMERICAN DREDGING Co. C. A. 3d Cir. Certiorari granted. *Abraham E. Freedman* for petitioners. *T. E. Byrne, Jr.* and *Mark D. Alspach* for respondent. ■

No. 574. UNITED STATES *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. C. A. 1st Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Ralph S. Spritzer, Melvin Richter* and *Morton Hollander* for the United States. *Edmund M. Sweeney* for respondent. ■

No. 538. RATHBUN *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit granted, limited to question 1 presented by the petition for the writ which reads as follows:

"1. Is the listening in of third parties on an extension telephone in an adjoining room, without consent of the sender, an interception of a telephone message, and the divulgence of the contents of such conversation prohibited by statute, to wit Sec. 605, Title 47, U. S. C. A."

*E. F. Conly* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. ■

No. 401, Misc. REEVES *v.* ALABAMA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Alabama granted. *Peter A. Hall, Orzell Billingsley, Jr.* and *Jack Greenberg* for petitioner. *John Patterson,* Attorney General of Alabama, *Bernard F. Sykes,* Assistant Attorney General, and *Robert B. Stewart* for respondent. ■